# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| ERIN NAYLOR,  )<br>on behalf of the BAE Systems  )<br>Employees' Savings and Investment  )<br>Plan,  )<br>  )<br>Plaintiff,  )<br>vs.  )<br>  )<br>BAE SYSTEMS, INC.,  )<br>  )<br>Defendant.  )<br>  ) | Case No.: 1:24-cv-000949 |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Erin Naylor, on behalf of the BAE Systems Employees' Savings and Investment Plan by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that Plaintiff has voluntarily dismissed this action without prejudice. The action was inadvertently filed in the incorrect jurisdiction.

Dated, April 15, 2024.

Respectfully submitted,
/s *Christopher M. FitzPatrick*
Christopher FitzPatrick, Esquire
VSB# 90394
Morgan & Morgan, DC PLLC
1901 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Email: cfitzpatrick@forthepeople.com

Phone: (202) 772-0566  
Fax: (202) 772-0616  
*Counsel for the Plaintiff*

**MARC R. EDELMAN**  
**United States District Court**  
**Middle District of Florida**  
Florida Bar Number: 0096342  
**MORGAN & MORGAN, P.A.**  
201 N. Franklin Street, Suite 700  
Tampa , Florida 33602  
Telephone: 813-577-4722  
Email: MEdelman@forthepeople.com

**BRANDON J. HILL**  
**United States District Court**  
**Middle District of Florida**  
Florida Bar Number: 37061  
**LUIS A. CABASSA**  
**United States District Court**  
**Middle District of Florida**  
Florida  Bar Number: 0053643  
**AMANDA E. HEYSTEK**  
**United States District Court**  
**Middle District of Florida**  
Florida Bar Number: 0285020  
**WENZEL FENTON CABASSA, P.A.**  
1110 North Florida Ave., Suite 300  
Tampa, Florida 33602  
 Direct: 813-337-7992  
 Main: 813-224-0431  
 Facsimile: 813-229-8712  
 Email: bhill@wfclaw.com  
 Email: lcabassa@wfclaw.com  
 Email: aheystek@wfclaw.com

**MICHAEL C. MCKAY**  
**United States District Court**  
**District of Arizona**  
Arizona Bar Number: 023354  
**MCKAY LAW, LLC**  
5635 N. Scottsdale Road, Suite 170  
Scottsdale, Arizona 85250  
telephone: (480) 681-7000

Email: mmckay@mckaylaw.us

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on the 15th day of April 20024, I electronically filed a true and correct copy of the forgoing with the Clerk of the Court via the CM/ECF filing system which will send a notice of electronic filing to all counsel of record.

*/s/Christopher M. FitzPatrick, Esq.*
Christopher M. FitzPatrick, Esq.